Case No. 24-5697

*In The*

*United States Court of Appeals*

*For the Sixth Circuit*

# UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

# DENICO N. HUDSON,

*Defendant-Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY NORTHERN DIVISIONAT COVINGTON**

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Barry J. McWhirter
McWHIRTER LAW FIRM, PLLC
80 Monroe Ave., Ste. L7
Memphis, TN 38103
(901) 522-9055

*CJA Appointed Counsel for Defendant-Appellant*

COMES NOW Defendant-Appellant Denico N. Hudson (hereinafter referred to as "Defendant"), by and through CJA Appointed Counsel for Defendant, Barry J. McWhirter, and moves this Honorable Court, for good cause and pursuant to Federal Rule of Appellate Procedure 26(b), for an extension of time within which to file Appellant's Brief, which is currently due December 19, 2024. For grounds, Appellant, currently incarcerated, would show unto this Honorable Court as follows:

1. The original briefing schedule in this matter set November 19, 2024 as the deadline for Defendant to file his brief in this matter.

2. Defendant requested an extension, which this Court granted and set December 19, 2024 as the deadline for Defendant to file his brief with this Court.

3. Unfortunately, due to an extremely hectic schedule since the issuance of the second briefing schedule in this matter, undersigned counsel is not going to be able to complete Defendant's brief by the current deadline of December 19, 2024.

4. In order to comply with his ethical obligation to effectively, competently, and zealously represent his client, undersigned counsel is requesting a thirty (30) day extension within which to prepare, finalize, and file Defendant's Brief for Appellant.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, by and through undersigned counsel, prays that this Court grant him a thirty (30) day extension within which to finalize and file Appellant's Brief.

Respectfully Submitted,

*/s/ Barry J. McWhirter*
BARRY J. McWHRTER, #021601
**McWHIRTER LAW FIRM, PLLC**
80 Monroe Ave., Ste. L7
Memphis, TN  38103
Telephone:  (901) 522-9055
Facsimile:  (901) 339-3562
E-mail:  barry@mcwfirm.com

CJA Appointed Counsel for Defendant-Appellant

## *CERTIFICATE OF SERVICE*

I do hereby certify that on the 19th day of December, 2024, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Mr. Charles P. Wisdom, Jr.
Assistant U.S. Attorney
Office of the U.S. Attorney
260 W. Vine St., Ste. 300
Lexington KY, 40507

Mr. Anthony J. Bracke
Assistant U.S. Attorney
Office of the U.S. Attorney
207 Grandview Dr., Ste. 400
Ft. Mitchell, KY 41017

**/s/ Barry J. McWhirter**
BARRY J. McWHIRTER