# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> DENICO N. HUDSON, | CASE No. 24-5697 |

**RECEIVED**

FEB 19 2025

KELLY L. STEPHENS, Clerk

## MOTION FOR APPOINTMENT OF NEW COUNSEL AND AUTHORIZATION TO FILE A PRO-SE SUPPLEMENTAL BRIEF

COMES NOW, petitioner-appellant, Denico N. Hudson, respectfully petitioning this honorable court for appointment of new counsel and authorization to file a pro-se supplemental brief. In support, the petitioner-appellant states the following facts:

(1)

On the date of October 23, 2024, I recieved legal mail from a individual named Barry J. McWhirter, notifying me that he had been appointed to represent me in the above entitled case.

Since that date, I have had no contact with Mr McWhirter, no legal mail, no attorney-client phone calls, I've tried to contact Mr McWhirter via e-mail, I've attempted to call his law office, all to no avail.

There has been a complete breakdown in communication, all this while my appeal hangs in the balance

Since the date of his appointment, I have had not one conversation with Mr McWhirter concerning my appeal, or the issues that are the most important to me.

With that stated, I am of the firm belief that Mr McWhirter does not have my best legal interests at heart and I therefore request appointment of new counsel to represent me in this appeal.

Additionaly, I'm petitioning this honorable court to reserve my constitutional rights to file a pro-se supplemental brief, in conjunction with newly appointed counsels "opening brief", to ensure that this honorable court has the opportunity to hear, evaluate, and ultimately rule on all the legal issues that are important to this petitioner - appellant in the above entitled case.

Respectfully Submitted

#65841-510
F.C.I. Terre Haute
P.O. Box 33
Terre Haute, In
47808

(3)

## CERTIFICATE OF SERVICE

I, Denico N. Hudson, swear that on this date of the 12th of February, 2025, mailed this document, via U.S. Mail, addressed to the clerk of court for the Sixth Circuit Court of Appeals, Potter Stewart U.S. Courthouse, 100 east fifth street, suite 540, Cincinnati, Oh 45202

Denico Hudson
#65841 - 510
F.C.I. Terre Haute
P.O. Box 33
Terre Haute, In
47808

(4)

Denica N Hudson
#65841-510
F.C.I terre Haute, IN
47808



INDIANAPOLIS IN 460
14 FEB 2025 PM 3
14 FEB 2025   PM 5   L

**RECEIVED**

FEB 19 2025

KELLY L. STEPHENS, Clerk

Clerk of court
Potter stewart US court House
100 East Fifth Street, Suite 540
Cincinnati, OH 45202

45202-394540

24-5697
ASM