## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 22, 2025

Mr. J. Nicholas Bostic
Law Office
909 N. Washington Avenue
Lansing, MI 48906

Mr. Anthony J. Bracke
Office of the U.S. Attorney
207 Grandview Drive
Suite 400
Ft. Mitchell, KY 41017

Mr. Charles P. Wisdom Jr.
Office of the U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612

　　　　　　　　　Re:　Case No. 24-5697, *USA v. Denico Hudson*
　　　　　　　　　　　Originating Case No. : 2:23-cr-00028-2

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending filing of transcript order in district court. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　s/Antoinette Macon
　　　　　　　　　　　　　　　　　　Case Manager
　　　　　　　　　　　　　　　　　　Direct Dial No. 513-564-7015

Case: 24-5697  Document: 41  Filed: 05/22/2025  Page: 2